1058

Arthur Crisfield DENNIS and Mabel W. Wilson, the Surviving and Sole Executrix of the Last Will and Testament of Frederick Wilson, Deceased, Appellants, v. GREAT NORTHERN RAILWAY CO. and A. Guthrie & Co., Inc., Appellees.

No. 6955.

Circuit Court of Appeals, Ninth Circuit.

Aug. 29, 1932.

See, also, 51 F.(2d) 796.

Before SAWTELLE, Circuit Judge, and ST. SURE, District Judge.

PER CURIAM.

Upon motion of counsel for appellees, ordered appeal herein dismissed for failure of appellants to file record and docket cause; mandate forthwith.

DETROIT WHOLESALE FURNITURE CO. v. Homer SMITH, Trustee, etc.

No. 5770.

Circuit Court of Appeals, Sixth Circuit.

Dec. 8, 1931.

Bratton & Bratton, of Detroit, Mich., for appellant.

Lawhead & Kenney, of Detroit, Mich., for appellee.

PER CURIAM.

Order of District Court reversed, and cause remanded.

Ray F. DORNEY and Joe Pendleton, Appellants, v. UNITED STATES of America, Appellee.

No. 6920.

Circuit Court of Appeals, Ninth Circuit.

Aug. 15, 1932.

Before WILBUR and SAWTELLE, Circuit Judges.

PER CURIAM.

Upon motion of counsel for appellee, ordered appeal dismissed for failure of appellants to file record and docket cause; mandate forthwith.

John DZIUBA v. UNITED STATES.

No. 6072.

Circuit Court of Appeals, Sixth Circuit.

March 17, 1932.

Collins & Thompson, of Bay City, Mich., for appellant.

Gregory H. Frederick, U. S. Atty., and Otto J. Manary, Asst. U. S. Atty., both of Bay City, Mich.

PER CURIAM.

Judgment of District Court affirmed.

Frank EDWARDS v. F. G. ZERBST, Warden of the United States Penitentiary at Leavenworth, Kansas.

No. 684.

Circuit Court of Appeals, Tenth Circuit.

May 13, 1932.

Alfred Holman, of Cincinnati, Ohio, for appellant.

Dan B. Cowie, Asst. U. S. Atty., of Topeka, Kan., for appellee.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed for want of merit.